WILLIAM E. BLOODGOOD et al., as Executors of and Trustees under the Will of THOMAS LEWIS, Deceased, Respondents, *v.* FANNIE D. LEWIS, Individually and as Administratrix of THOMAS LEWIS, Deceased, et al., Respondents, and KINGS COUNTY TRUST COMPANY, as Executor of and Trustee under the Will of MARY E. LEWIS, Deceased, Appellant.

(Submitted October 20, 1913; decided October 28, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 209 N. Y. 95.)

---

LAURA A. SOUTHWICK, Respondent, *v.* NEW YORK CHRISTIAN MISSIONARY SOCIETY and the CHURCH OF CHRIST, Appellants, Impleaded with Others.

Reported below, 151 App. Div. 116.
(Submitted October 20, 1913; decided October 28, 1913.)

MOTION to dismiss the appeal of the Church of Christ from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 21, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to enforce a forfeiture of land for violation of a condition subsequent in the deed.

The motion was made upon the ground that the undertaking required by the Code of Civil Procedure had not been served.

*Louis L. Thrasher* for motion.

*Clark A. Craine* opposed.

Motion to dismiss appeal of Church of Christ and amend return denied upon condition that the undertaking be within ten days served and filed, sureties to justify as provided in the Code of Civil Procedure, and said appellant pay ten dollars costs of this motion; on failure to comply with these terms the motion is granted and appeal dismissed, with costs and ten dollars costs of motion.